Same case below, 396 Fed. Appx. 930.

■

**No. 10-9451. Maurice Foster, Petitioner v. United States.**

563 U.S. 949, 131 S. Ct. 2124, 179 L. Ed. 2d 916, 2011 U.S. LEXIS 2867.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 443 Fed. Appx. 179.

■

**No. 10-9453. Terry Wayne Cope, Petitioner v. United States.**

563 U.S. 950, 131 S. Ct. 2125, 179 L. Ed. 2d 916, 2011 U.S. LEXIS 2941.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 385 Fed. Appx. 531.

■

**No. 10-9455. Nguyen Ngodtu Chu, Petitioner v. Hugh Wolfenbarger, Warden.**

563 U.S. 950, 131 S. Ct. 2125, 179 L. Ed. 2d 916, 2011 U.S. LEXIS 2860.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

■

**No. 10-9456. Carlos Baez, Petitioner v. United States.**

563 U.S. 950, 131 S. Ct. 2125, 179 L. Ed. 2d 916, 2011 U.S. LEXIS 2884.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

■

**No. 10-9458. Timothy Brown, Petitioner v. United States.**

563 U.S. 950, 131 S. Ct. 2126, 179 L. Ed. 2d 916, 2011 U.S. LEXIS 2934.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 621 F.3d 48.

■

**No. 10-9459. Jose Santos Morin, Petitioner v. United States.**

563 U.S. 950, 131 S. Ct. 2126, 179 L. Ed. 2d 916, 2011 U.S. LEXIS 2848.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 627 F.3d 985.

■

**No. 10-9460. Clifford T. Newman, Jr., Petitioner v. John E. Wetzel, Acting Secretary, Pennsylvania Department of Corrections, et al.**

563 U.S. 950, 131 S. Ct. 2126, 179 L. Ed. 2d 916, 2011 U.S. LEXIS 2849.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 617 F.3d 775.

■

**No. 10-9463. Benjamin Lopera-Ochoa, Petitioner v. United States.**

563 U.S. 950, 131 S. Ct. 2126, 179 L. Ed. 2d 916, 2011 U.S. LEXIS 2876.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.